## State of NORTH DAKOTA, Appellee,

v.

## Michael H. NOWIK, Appellant.

### No. 03-2705.

United States Court of Appeals,
Eighth Circuit.

Submitted Nov. 21, 2003.

Decided Nov. 25, 2003.

James Allen Hope, Dickinson, ND, for Plaintiff–Appellee.

Michael H. Nowik, pro se, Dickinson, ND, for Defendant–Appellant.

Before WOLLMAN, FAGG, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

PER CURIAM.

Michael H. Nowik appeals the district court's * order denying Nowik's motions for reconsideration under Federal Rule of Civil Procedure 60(b) and for default judgment, both filed after the district court dismissed his purported removal of a state court criminal action. We conclude the district court did not abuse its discretion in denying either the Rule 60(b) motion, *see* *Swope v. Siegel–Robert, Inc.*, 243 F.3d 486, 498 (8th Cir.) (Rule 60(b) motion must demonstrate exceptional circumstances for relief; reviewed for abuse of discretion), *cert. denied*, 534 U.S. 887, 122 S.Ct. 198,

* The Honorable Daniel Hovland, Chief Judge, United States District Court for the District of North Dakota.

151 L.Ed.2d 139 (2001), or the motion for default judgment. Accordingly, we affirm.